UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

VANESSA A. PURDOM, as the personal
Representative of the ESTATE OF
JEAN ELAINE DUKES                                                                 PLAINTIFF

v.                                              CIVIL ACTION NO. 4:13CV-14-JHM
                                                                 _____

MUHLENBERG COMMUNITY HOSPITAL,
MUHLENBERG SURGICAL ASSOCIATES,
MUHLENBERG MEDICAL PROPERTY II, LLC,
MUHLENBERG MEDICAL CENTER, LLC,
COMMUNITY HEALTH CENTERS OF
        WESTERN KENTUCKY,
BAPTIST HEALTH MADISONVILLE, INC.,
TROVER CLINIC,
REGIONAL MEDICAL CENTER OF HOPKINS
        COUNTY,
BAPTIST MEDICAL ASSOCIATES, INC.,
VIRTUAL RADIOLOGIC CORPORATION,
JACQUELINE KAY KIRBY, APRN,
WILLIAM BROWNING, M.D.,
BRACKEN C. LEWIS, M.D.,
RONALD R. SOMMERFELDT, M.D.,
TARIQ K. MALIK, M.D.,
FARAZ AKHTAR, M.D.,
JAMES BOVIENZO, M.D.,
FRANK H. TAYLOR, M.D., and
RAYMOND M. MONTECALVO, M.D.                                                      DEFENDANTS

## NOTICE OF REMOVAL BY THE UNITED STATES OF AMERICA

To the Honorable Judges of the United States District Court for the Western District of

Kentucky, the United States of America, by counsel, respectfully represents:

1.      The instant action concerns claims sounding in tort against The Community Health

Centers of Western Kentucky, Inc. ("Health Center"), Dr. Faraz Akhtar, and Jacqueline Kirby,

APRN, arising out of medical treatment provided Jean Elaine Dukes in Muhlenberg County.  By operation of the Federally Supported Health Centers Assistance Act ("FSHCAA") (42 U.S.C. § 233(g)-(n)), the defendant Health Center and its employees, including all employees and contract employees, are covered under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80.

2.      Plaintiff filed this action in the Muhlenberg Circuit Court in Greenville, Kentucky, on or about December 17, 2012, (copy of summons and complaint attached hereto as Exhibit "A"). The summons and complaint were received by the undersigned's office on February 21, 2013.  The exact dates of service on these defendants are currently unknown.

3.      In the complaint, the *pro se* plaintiff alleges that the Health Center and a number of other non-federal medical providers negligently provided treatment to Jean Elaine Dukes.  The alleged tortious conduct set forth in the complaint occurred between 2005 and December 2011.  The complaint seeks monetary damages sounding in state tort law.

4.      On or about January 28, 2013, the *pro se* plaintiff filed a First Amended Complaint with the Muhlenberg Circuit Court adding an averment asserting that the state court duly appointed Vanessa Purdom the personal representative of the estate of Jean Elaine Dukes (copy of First Amended Complaint attached hereto as Exhibit "B").

5.      The FTCA is the exclusive remedy for suits against the United States or its agencies sounding in tort.  28 U.S.C. § 2679(a).  The Secretary of Health and Human Services deemed the Health Center eligible for FTCA coverage pursuant to the FSHCAA on May 20, 2005 and thereafter annually renewed its deemed status effective for years 2006, 2007, 2008, 2009, 2010, and 2011.  *See* 42 U.S.C. § 233(h) (deeming criteria) (copy of deeming letters attached collectively hereto as

Exhibit "C"). The FTCA exclusive remedy applies not only to individual employees of the Health Center, but also to those entities "deemed" to be employees of the Health Center pursuant to 42 U.S.C. § 233(g). Qualified contract physicians of the Health Center acting within the scope of his or her contract at the time alleged in the complaint are "deemed" to be employees of the Public Health Service pursuant to 42 U.S.C. § 233.

6.      Once it is determined or "deemed" by the Secretary of Health and Human Services, or a designee, that the entity was an employee of the Public Health Services, any civil action commenced in state court shall be removed without bond to federal district court. 42 U.S.C. § 233(c).[1]

7.      The United States Attorney for the Western District of Kentucky, acting pursuant to 42 U.S.C. § 233, 28 U.S.C. § 2679 and 28 C.F.R. §§ 15.3 and 15.4 has certified that, at the time of the conduct described in the complaint, the Health Center, and Defendants Faraz Akhtar, M.D. and Jacquiline Kirby, APRN, were "deemed" to be employees of the Public Health Service and were acting within the scope of its employment at all times alleged in the complaint (copy of certification attached hereto as Exhibit "D").

8.      Based upon the foregoing, the United States requests removal of the above-styled action to the United States District Court pursuant to 28 U.S.C. §§ 2679, 1442, and 1446. Under 28 U.S.C. § 2679(d), this action is removable at any time before trial.

9.      This entry of appearance by the United States is solely for the purpose of removal and is not intended to admit or waive any defenses, including, but not limited to those defenses of

---

[1]   In these circumstances, "the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(1). Once removed, the United States will notice a substitution of the United States for the Health Center and the deemed federal employee defendants.

3

Fed.R.Civ.P. 8 and 12, relating either to the United States of America, or any agency or department thereof, or any individual defendant, in his or her official or individual capacity, to the allegations as set forth or alleged in the complaint.

10.     A copy of this Notice of Removal is being served upon the *pro se* plaintiff and a copy hereto will be filed with the Muhlenberg County Circuit Court Clerk's Office pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the United States, by counsel, notices the removal of the above-styled action, now pending in the Muhlenberg Circuit Court, Muhlenberg County, Kentucky, to this Court.

Respectfully submitted,

DAVID J. HALE
United States Attorney


/s/ *Michael D. Ekman*
Michael D. Ekman
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY 40202
(502) 625-7102/ Fax: (502) 625-7110
Michael.Ekman@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO


VANESSA A. PURDOM, as the personal
Representative of the ESTATE OF
JEAN ELAINE DUKES                                                    PLAINTIFF


v.                                          CIVIL ACTION NO. _____


MUHLENBERG COMMUNITY HOSPITAL,
MUHLENBERG SURGICAL ASSOCIATES,
MUHLENBERG MEDICAL PROPERTY II, LLC,
MUHLENBERG MEDICAL CENTER, LLC,
COMMUNITY HEALTH CENTERS OF
        WESTERN KENTUCKY,
BAPTIST HEALTH MADISONVILLE, INC.,
TROVER CLINIC,
REGIONAL MEDICAL CENTER OF HOPKINS
        COUNTY,
BAPTIST MEDICAL ASSOCIATES, INC.,
VIRTUAL RADIOLOGIC CORPORATION,
JACQUELINE KAY KIRBY, APRN,
WILLIAM BROWNING, M.D.,
BRACKEN C. LEWIS, M.D.,
RONALD R. SOMMERFELDT, M.D.,
TARIQ K. MALIK, M.D.,
FARAZ AKHTAR, M.D.,
JAMES BOVIENZO, M.D.,
FRANK H. TAYLOR, M.D., and
RAYMOND M. MONTECALVO, M.D.                                          DEFENDANTS

## CERTIFICATION OF NOTICE TO THE
## MUHLENBERG CIRCUIT COURT CLERK
## AND ADVERSE PARTIES

I hereby certify, pursuant to 28 U.S.C. § 1446(d), that on February 22, 2013, a copy of this Notice of Removal by the United States of America was:

a)      filed with the Clerk of the Muhlenberg Circuit Court at the Muhlenberg County Judicial Building, 136 South Main Street, P.O. Box 776, Greenville, Kentucky, 42345.

b)      mailed via certified mail to the following parties and attorneys of record:

Vanessa A. Purdom
P.O. Box 191
Vincennes, IN 47591

Charles G. Franklin
Franklin, Gordon & Hobgood
24 Court Street
P.O. Box 547
Madisonville, KY 42431

Gerald R. Toner
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202

Mark D. Alcott
Harlin Parker
519 East Tenth Street
Bowling Green, KY 42101

W. Currie Milliken
1039 College Street
1st Floor Milliken Building
P.O. Box 1640
Bowling Green, KY 42102

Paul T. Lawless
P.O. Box 738
Bowling Green, KY 42102

6

Mark E. Nichols
Carl W. Walter II
Wellman, Nichols & Smith, PLLC
444 Lewis Hargett Circle, Suite 170
Lexington, KY 40503

/s/ *Michael D. Ekman*
Michael D. Ekman
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY 40202
(502) 625-7102/ Fax: (502) 625-7110
Michael.Ekman@usdoj.gov