UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

VANESSA A. PURDOM, as the personal
Representative of the ESTATE OF
JEAN ELAINE DUKES                                                            PLAINTIFF

vs.                                                 CIVIL ACTION NUMBER: 4:13-CV-00014-M

MUHLENBERG COMMUNITY HOSPITAL, *et al.*                 DEFENDANTS

### ORDER

The Court being advised that the Attorney General's designee has certified that the defendants, The Community Health Centers of Western Kentucky, Inc., Dr. Faraz Akhtar, and Jacqueline Kirby, APRN, were acting in the scope of their employment, at the time of the incident giving rise to this suit; and the Court being apprised of the substitution of the United States pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988), 28 U.S.C. § 2679(d)(1);

**IT IS HEREBY ORDERED** that pursuant to the provisions of 28 U.S.C. § 2679(b)(2) and 2679(d)(2), the state tort law claims set forth in the complaint are dismissed with respect to the named defendants, The Community Health Centers of Western Kentucky, Inc., Dr. Faraz Akhtar, and Jacqueline Kirby, APRN, on the ground that the exclusive remedy for these claims is an action against the United States and because the United States has been substituted as the defendant on those claims stated against The Community Health Centers of Western Kentucky, Inc., Dr. Faraz Akhtar, and Jacqueline Kirby, APRN;

**IT IS FURTHER ORDERED** that the caption of this action shall be amended to reflect the substitution of the United States as the sole defendant for the individually named defendants, The Community Health Centers of Western Kentucky, Inc., Dr. Faraz Akhtar, and Jacqueline Kirby, APRN; accordingly, said individual defendants SHALL BE DISMISSED from this action, as the only claims against them in the complaint were state law tort claims.

                                        **Joseph H. McKinley, Jr., Chief Judge**
                                              United States District Court

April 15, 2013

cc:    Counsel of record

Tendered by:   Michael D. Ekman
                    Assistant U.S. Attorney
                    717 W. Broadway
                    Louisville, KY 40202
                    (502) 625-7102/ Fax: (502) 625-7110